# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SHOLOM RUBASHKIN and<br>KARINA PILAR FREUND,<br>Defendants. | No. CR08-1324<br><br>ORDER RESCHEDULING TRIAL,<br>FINAL PRETRIAL CONFERENCE,<br>AND PRETRIAL DEADLINES |

On the 14th day of November, 2008, this matter came on for hearing on the Motion to Continue Trial (docket number 83) filed by the Government on November 13, 2008. The Government was represented by Assistant United States Attorney Peter E. Deegan, Jr. Defendant Karina Pilar Freund appeared telephonically and was represented by her attorney, Mark R. Brown (appearing in person).

The Government requests that the trial now scheduled for November 17, 2008 be continued, citing a Superseding Indictment (docket number 80) which added Sholom Rubashkin as co-Defendant. For the reasons stated by the Court on the record at the time of hearing, the Court finds the motion should be granted. The delay in the trial will be excluded for purposes of speedy trial, pursuant to 18 U.S.C. § 3161(h)(7).

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Trial now scheduled for November 17, 2008 is hereby **RESCHEDULED during the two-week period beginning on January 20, 2009 at 9:00 a.m.**

1

2. A Final Pretrial Conference will be held on the day scheduled for the commencement of trial **promptly** at **8:30 a.m.**

3. A Status Hearing will be held before the undersigned United States Magistrate Judge on the **23rd day of December, 2008 at 12:00 p.m.** in Courtroom Two of the Federal Courthouse temporary location at 4200 C Street SW in Cedar Rapids, Iowa.

4. The parties shall strictly comply with all other deadlines and requirements set forth in the Criminal Trial Scheduling Order (docket number 7) filed on September 24, 2008.

5. The time between the filing of the Motion (November 13, 2008) and the commencement of trial is hereby excluded from consideration under the Speedy Trial Act for the reason set forth in the text above.

DATED this 14th day of November, 2008.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA

2