# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

## EASTERN DIVISION

| UNITED STATES OF AMERICA | HEARING MINUTES |
|---|---|
| Plaintiff(s) | Case No.: 2:08 CR 1324<br>1:08 MJ 381<br>1:08 MJ 363 |
| vs. | Presiding Judge: Magistrate Judge JON STUART SCOLES |
| SHOLOM RUBASHKIN | Deputy Clerk: Lindsey Brumback |
| Defendant(s) | Court Reporter: Patrice Murray    Contract? No. |

(If yes, send copy to financial)

| Date: | 11/19/08 | Start: | 2:00 pm | Adjourn: | 3:51 pm | Time in Chambers: | |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | | | Telephonic? | |
| Appearances: | Plaintiff(s): | AUSAs Peter E. Deegan, Jr. and Matthew J. Cole | | | | | |
| | Defendant(s): | appears personally with F. Montgomery Brown and Baruch Weiss | | | | | |
| | U.S. Probation: | Mike Brogla and Zach Ward | | | | | |
| | Interpreter: | N/A | | Language: | -- | Certified: -- | Phone -- |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| ARRAIGNMENT: X | AND/OR | INITIAL APPEARANCE: | X | | |

| Event: | 08cr1324 – Arraignment on superseding indictment filed 11/13/08<br>08mj381 - Detention hearing<br>08mj363 - Initial appearance on violation of pre-trial release |
|---|---|
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not guilty to all counts 1, 2, and 3 of the superseding indictment |
| Counsel: Retained: X or Appointed: FPD/Other: | |
| Stipulation to discovery plan? Yes Did defendant provide financial affidavit? -- | |
| Was a trial date set? Yes Date: 01/20/09 LRR | |

| DETENTION: X | OR | REVOCATION: X | OR | PRELIMINARY EXAMINATION |
|---|---|---|---|---|
| Moving party: | | # | | |
| Nature of proceeding: | | Ruling: | | |
| Review of detention or conditions | X | Ruling reserved. Order will follow. | | |
| Witness/Exhibit List is | Following this document. | | | |

| | | |
|---|---|---|
| | **Miscellaneous:** | Formal reading of the superseding indictment waived. Status hearing set on 12/23/08 at 12:00 pm before Magistrate Judge Jon S Scoles. By agreement of counsel, initial appearance on revocation of pre-trial release (08-mj363) will be held in conjunction with the detention hearing (08mj381). In regard to detention, ruling is reserved and defendant detained pending further order of the court. |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __IOWA__

UNITED STATES OF AMERICA
V.
SHOLOM RUBASHKIN

## EXHIBIT AND WITNESS LIST

Case Number: 08cr1324, 08mj381, 08mj363

| PRESIDING JUDGE<br>Jon Stuart Scoles | PLAINTIFF'S ATTORNEY<br>AUSAs Peter Deegan and Matt Cole | DEFENDANT'S ATTORNEY<br>F. Montgomery Brown and Baruch Weiss |
|---|---|---|
| TRIAL DATE (S)<br>Hearing Date: 11/19/08 | COURT REPORTER<br>Patrice Murray | COURTROOM DEPUTY<br>Lindsey Brumback |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-30 | | 11/19/08 | X | X | (Index in file) |
| | 1 | 11/19/08 | X | X | Affidavit |
| | 2 | 11/19/08 | X | X | Letter of Support |
| | 3 | 11/19/08 | X | X | Letter dated 5/20/08 |
| | 4 | 11/19/08 | X | X | Listing of personal homes available for securing bond |
| | 5 | 11/19/08 | X | X | Letters of support (2 volumes) |
| | 6 | 11/19/08 | X | X | Receipt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.