# Sholom Rubashkin Detention Hearing
# Exhibit List

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION |
|---|---|
| #1 | First Bank Business Capital Complaint |
| #2 | Declaration of Philip Lykens (First Bank) |
| #3 | Copies of Returned Checks payable to Agriprocessors |
| #4 | Summary of checks from Agriproceesors to Kosher Comm |
| #5 | Summary of checks from Kosher Comm to Agriprocessors |
| #6 | Summary of checks from Agriprocessors to Torah Educ |
| #7 | Summary of checks from Torah Educ to Agriprocessors |
| #8 | Judgment in Teresa Downing Case |
| #9 | Promissory Note from Teresa Downing to Sholom |
| #10 | Allou Dist Bank Fraud Stipulation |
| #11 | Allou Dist Bank Fraud Order |
| #12 | DM Register Article on Allou Dist Bank Fraud Case |
| #13 | SW Photo of Box of Cash ($1.00 bills) |
| #14 | Another SW Photo of Box of Cash ($1.00 bills) |
| #15 | SW Photo of Green Canvas Bag (closet) |
| #16 | SW Photo of Cash in Envelope (green bag) |
| #17 | SW Photo of Cash in Travel Waistband (green bag) |
| #18 | Another SW Photo of Cash in Waistband (green bag) |
| #19 | SW Photo of Green Bag contents (passports/birth certs) |
| #20 | SW Photo of Cash in Green Bag |
| #21 | SW Photo of Passport and Birth Cert |
| #22 | SW Photo of Passport and Birth Certs |
| #23 | SW Photo of Birth Certificate |
| #24 | SW Photo of Jerusalem Hotel Receipt (12/07) |
| #25 | SW Photo of Jerusalem Hotel Receipts (12/07) |
| #26 | SW Photo of Israel Trip Itinerary (12/07) |
| #27 | Border Travel Information (Canada 10/28/08) |
| #28 | The Knesset Online Law of Return (Israel) |
| #29 | Dept of State Online Dual Citizenship Information |
| #30 | USAO Press Release (Hosam Amara) |