## United States Attorney's Office
### Northern District of Iowa



**PRESS RELEASE**

FOR IMMEDIATE RELEASE
Date: July 3, 2008

For further information contact:
Pete Deegan
(319) 363-0091
Cedar Rapids, Iowa

### TWO ALLEGED SUPERVISORS ARRESTED AT AGRIPROCESSORS IN POSTVILLE

*Public's Assistance Sought in Locating Third Defendant*

United States Attorney Matt M. Dummermuth announced today that **JUAN CARLOS GUERRERO-ESPINOZA**, age 35, and **MARTIN DE LA ROSA-LOERA**, age 43, were arrested this morning at the Agriprocessors, Inc. plant in Postville, Iowa. **GUERRERO-ESPINOZA** has been charged with aiding and abetting the possession and use of fraudulent identity documents, aiding and abetting aggravated identity theft, and encouraging aliens to illegally reside in the United States. **DE LA ROSA-LOERA** has been charged with aiding and abetting the possession and use of fraudulent identity documents and encouraging aliens to illegally reside in the United States. The charges are contained in Complaints filed today in United States District Court in Cedar Rapids.

**GUERRERO-ESPINOZA**'s Complaint alleges he is a supervisor of four departments at Agriprocessors in Postville, including the Beef Kill department. The Complaint alleges that, a few days before the May 12, 2008, execution of a search warrant at Agriprocessors, **GUERRERO-ESPINOZA** told a group of employees they needed new IDs and social security numbers to continue working at the company and would need to provide **GUERRERO-ESPINOZA** with a photograph and $200 or $220. Fraudulent resident alien cards were allegedly supplied to Agriprocessors workers. The Complaint also alleges that the May 12 search resulted in the seizure of dozens of fraudulent permanent alien resident cards from offices within the human resources department at Agriprocessors.

**DE LA ROSA-LOERA**'s Complaint alleges he is a supervisor of four departments at Agriprocessors in Postville, including the Poultry Kill department. The Complaint alleges that, about 15 days before the May 12, 2008, execution of a search warrant at Agriprocessors, **DE LA ROSA-LOERA** told some undocumented alien employees they could no longer work at Agriprocessors because their social security numbers were bad and they needed new documents. **DE LA ROSA-LOERA** later allegedly told those employees they could return to work using the same names previously used for employment.

**GUERRERO-ESPINOZA** and **DE LA ROSA-LOERA** are scheduled for initial appearances at 4:00 p.m. today in federal court in Cedar Rapids.

The public's assistance is being sought in the apprehension of **HOSAM AMARA**, age 43, last known to live in Postville. A federal warrant has been issued for his arrest based on a sealed Complaint. Anyone with information as to **AMARA**'s whereabouts should call Immigration and Customs Enforcement at (866) DHS-2-ICE (347-2423).

As with any criminal case, a charge is merely an accusation and a defendant is presumed innocent until and unless proven guilty.

The cases are being prosecuted by Assistant United States Attorneys Peter Deegan, CJ Williams, and Matt Cole and were investigated by Immigration and Customs Enforcement.

-30-



GOVERNMENT EXHIBIT
30