IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHOLOM RUBASHKIN, BRENT BEEBE and AGRIPROCESSORS, INC.<br><br>    Defendants. | No. 08-CR-1324-LRR<br><br>**ORDER** |

The matter before the court is the government's "Motion for Leave to Dismiss Without Prejudice" ("Motion") (docket no. 745). In the Motion, the government asks for leave to dismiss Counts 1-72 and the Forfeiture Allegation in the Seventh Superseding Indictment (docket no. 544) against Defendants Sholom Rubashkin and Agriprocessors, Inc. Defendants Rubashkin and Agriprocessors, Inc. do not resist the Motion.

For the reasons stated in the Motion, the Motion is **GRANTED**. Counts 1-72 of the Seventh Superseding Indictment against Defendants Rubashkin and Agriprocessors, Inc., as well as the forfeiture allegation, are **DISMISSED WITHOUT PREJUDICE**. The charges in the Seventh Superseding Indictment against Defendant Brent Beebe are not affected by the instant Order.

**IT IS SO ORDERED.**

**DATED** this 19th day of November, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA