# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 08-CR-1324-LRR |
| vs. | **ORDER** |
| SHOLOM RUBASHKIN, | |
| Defendant. | |

_____

The matter before the court is the government's "Motion to File Overlength Brief" ("Motion") (docket no. 948). For the reasons stated in the Motion, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to detach and file the government's brief and attachments thereto.

**IT IS SO ORDERED.**

**DATED** this 24th day of August, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA